**SINGH, SINGH & TRAUBEN, LLP**
**THOMAS K. RICHARDS** (SBN: 310209)
  trichards@singhtraubenlaw.com
**MICHAEL A. TRAUBEN** (SBN: 277557)
  mtrauben@singhtraubenlaw.com
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Tel: 310.856.9705 | Fax: 888.734.3555

*Attorneys for Plaintiff/Cross-Defendant*
RANCHO HUMILDE ENTERTAINMENT, LLC *and*
*Cross-Defendant* HUMBLE TALENT AGENCY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> FUERZA REGIDA CORP., a California corporation, JESUS ORTIZ PAZ, an individual, SAMUEL JAIMEZ, an individual, KHRYSTIAN RAMOS, an individual, JOSE GARCIA, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: **2:25-cv-10059 HDV (AJRx)** <br><br> The Honorable Hernán D. Vera <br> Courtroom 5B <br><br> **JOINT STIPULATION FOR LEAVE FOR DEFENDANT/CROSS-COMPLAINANT FUERZA REGIDA CORP TO FILE AN ANSWER AND COUNTERCLAIMS IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> ACTION REMOVED: October 20, 2025 <br> TRIAL DATE: None Set |

| | |
|---|---|
| FUERZA REGIDA CORP., a California Corporation, | ) ) ) |
| Cross-Complainant, | ) ) ) |
| v. | ) ) ) |
| RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company, CINQ MUSIC GROUP, LLC, a California limited liability company, HUMBLE TALENT AGENCY, LLC, a California limited liability company, and ROES 1 through 10 inclusive | ) ) ) ) ) ) ) ) ) ) |
| Cross-Defendants. | ) ) |

Plaintiff/cross-defendant Rancho Humilde Entertainment, LLC ("**Rancho**") and Cross-Defendant Humble Talent Agency, Inc. ("**Humble Talent**"), on the one hand, and defendants Jesus Ortiz Paz ("**Paz**"), Samuel Jaimez ("**Jaimez**"), Khrystian Ramos ("**Ramos**"), Jose Garcia ("**Garcia**"), and defendant/cross-complainant Fuerza Regida Corp. ("**FRC**"), on the other hand (together, the "**Parties**"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on September 11, 2025, plaintiff/cross-defendant Rancho filed a complaint against defendants FRC, Paz, Jaimez, Ramos, and Garcia in the Los Angeles County Superior Court (the "**Complaint**") [ECF 01 at 6-75];

**WHEREAS**, on October 8, 2025, defendant/cross-complaint FRC filed its initial cross-complaint against Rancho, Humble Talent, and Cinq Music Group, LLC ("**Cinq**") in the Los Angeles County Superior Court (the "**Initial Cross-Complaint**") [ECF 01 at 79-238];

**WHEREAS**, on October 13, 2025, defendants FRC, Paz, Jaimez, Ramos, and Garcia filed their answer to the Complaint in the Los Angeles County Superior Court (the "**Answer**") [ECF 01 at 240-247];

**WHEREAS**, on October 13, 2025, defendant FRC filed a first amended cross-complaint against Rancho, Humble Talent, and Cinq in the Los Angeles County Superior Court (the "**First Amended Cross-Complaint**") [ECF 01 at 248-408];

**WHEREAS**, on October 20, 2025, defendant/cross-complainant FRC and defendants Paz, Jaimez, Ramos, and Garcia filed a notice of removal of the underlying state court action under 28 U.S.C. §1454 [ECF 01];

**WHEREAS**, on November 14, 2025, the Parties' filed a joint stipulation (1) to consolidate the deadline for cross-defendants Rancho and Humble Talent to respond to the First Amended Cross-Complaint, specifically to December 5, 2025; and (2) for leave for plaintiff/cross-defendant Rancho to file a first amended complaint and to extend the deadline for defendants FRC, Paz, Jaimez, Ramos, and Garcia to respond to the first amended complaint (the "**Joint Stipulation**") [ECF 15];

**WHEREAS**, on November 17, 2025, the Court entered an Order granting the Parties' Joint Stipulation, consolidating the deadline for cross-defendants Rancho and Humble Talent to respond to the First Amended Cross-Complaint to **December 5, 2025** and granting plaintiff/cross-defendant Rancho leave to file a first amended complaint ("**FAC**") by **December 5, 2025**, while also setting **January 5, 2026** as the deadline for defendants FRC, Paz, Jaimez, Ramos, and Garcia to respond to the FAC filed by Rancho to [ECF 16];

**WHEREAS**, on December 1, 2025, pursuant to Local Rule 7-3, the Parties met and conferred to discuss plaintiff/cross-defendant Rancho's perceived deficiencies with certain causes of action within FRC's First Amended Cross-Complaint;

**WHEREAS**, during the Parties' Local Rule 7-3 conference of counsel, the Parties agreed to stipulate that, instead of Rancho filing a motion to dismiss FRC's First Amended

1  Cross-Complaint, FRC will file an Answer and Counterclaims in response to the FAC by
2  **January 5, 2026**, the same date as defendants FRC, Paz, Jaimez, Ramos, and Garcia's
3  deadline to respond to the forthcoming first amended complaint, and that the deadline for
4  cross-defendants Rancho and Humble Talent to respond to the Counterclaims will be
5  **January 23, 2026**.

6       **THEREFORE, IT IS STIPULATED AND AGREED** that (1) Rancho and
7  Humble Talent will not file a response to FRC's First Amended Cross-Complaint and,
8  instead, FRC shall file an Answer and Counterclaims in response to the forthcoming FAC
9  in this action by **January 5, 2026**; and (2) the deadline for cross-defendants Rancho and
10  Humble Talent to respond to FRC's Counterclaims will be **January 23, 2026**.

11
12  **DATED**: December 3, 2025      Respectfully Submitted,

13                                 **SINGH, SINGH & TRAUBEN, LLP**
14                                 **MICHAEL A. TRAUBEN**

15                                 By: ___/s/ Michael A. Trauben___
16                                            Michael A. Trauben

17                                 *Attorneys for Plaintiff/Cross-Defendant*
18                                 RANCHO HUMILDE ENTERTAINMENT, LLC
                                 and *Cross-Defendant* HUMBLE TALENT
19                                 AGENCY, INC.

20  **DATED**: December 3, 2025      Respectfully Submitted,

21
22                                 **FREUNDLICH LAW, APC**
                                **KENNETH D. FREUNDLICH**

23
24                                 By: ___/s/_____
                                           Kenneth D. Freundlich

25
26                                 *Attorneys for Defendants* FUERZA REGIDA
                                CORP. JESUS ORTIZ PAZ, SAMUEL JAIMEZ,
27                                 KHRYSTIAN RAMOS *and* JOSE GARCIA

28

4

STIPULATION RE LEAVE FOR FUERZA REGIDA CORP. TO FILE AN ANSWER AND COUNTERCLAIMS IN RESPONSE TO FAC
CIVIL ACTION NO. **2:25-cv-10059 HDV (AJRx)**

1  The undersigned hereby attests, pursuant to Local Rule 5-4.3.4(a)(2)(i), that all other listed signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**DATED**: December 3, 2025               Respectfully submitted,

**SINGH, SINGH & TRAUBEN, LLP**
**MICHAEL A. TRAUBEN**


By:  /s/ Michael A. Trauben
       Michael A. Trauben

***Attorneys for Plaintiff/Cross-Defendant***
RANCHO HUMILDE ENTERTAINMENT, LLC
and ***Cross-Defendant*** HUMBLE TALENT AGENCY, INC.