Kenneth D. Freundlich (SBN 119806)
Jonah A. Grossbardt (SBN 283584)
Hugh H. Rosenberg (SBN 360544)
**FREUNDLICH LAW, APC**
Ken@Freundlichlaw.com
Jonah@Freundlichlaw.com
Hugh@Freundlichlaw.com
16133 Ventura Blvd., Suite 645
Encino, CA 91436
Telephone: 818-377-3790
Facsimile: 310-275-5353

Walter Mosley, Esq. (SBN 244169)
wm@waltermosleyesq.com
Nathalie Meza Contreras, Esq. (SBN 322545)
nmc@waltermosleyesq.com
WALTER MOSLEY LAW
601 S. Figueroa St., Ste. #4400
Los Angeles, California 90017
Telephone: (213) 232 - 3886

*Attorneys for Defendants FRC REGIDA CORP., JESUS ORTIZ PAZ, SAMUEL JAIMEZ, KHRYSTIAN RAMOS and JOSE GARCIA and Counterclaimant FRC REGIDA CORP.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FUERZA REGIDA CORP., a California corporation, JESUS ORTIZ | Case No.: **2:25-cv-10059 HDV (AJRx)**<br><br>The Honorable Hernán D. Vera<br>Courtroom 5B<br><br>**DECLARATION OF GUSTAVO LOPEZ IN SUUPORT OF EX PARTE APPLICATION FOR TRO and PRELIMINARY INJUNCTION** |

1

**DECLARATION OF GUSTAVO LOPEZ IN SUUPORT OF EX PARTE APPLICATION FOR TRO and PRELIMINARY INJUNCTION**

|   |   |
|---|---|
| 1 | PAZ, an individual, SAMUEL JAIMEZ, an individual, KHRYSTIAN RAMOS, an individual, JOSE GARCIA, an individual, and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants, |
| 6 | FUERZA REGIDA CORP., a California corporation, |
| 7 | |
| 8 | Counterclaimant, |
| 9 | |
| 10 | RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company, CINQ MUSIC GROUP, LLC, a California limited liability company, HUMBLE TALENT AGENCY, LLC, a California limited liability company, and ROES 1 through 10 inclusive, |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counterclaim Defendants. |

I, , Gustavo Lopez, declare as follows:

1. I am the President of Fuerza Regida, Corp. I submit this Declaration in support of Fuerza's Ex Parte Application for a Temporary Restraining Order and Preliminary Injunction. I submit this declaration under penalty of perjury and if called and sworn as a and would testify competently to the facts contained herein.

2. Sony Music Entertainment, Inc. ("Sony") is the distributor of Fuerza recordings that have been released during the term of Fuerza's recording agreement with Rancho Humilde, LLC. Sony has approved the recent opportunities that Fuerza has been presented with concerning the MLB and FIFA but without Rancho's approval Sony has withheld its formal consent to the MLB and FIFA placing Fuerza's opportunities in jeopardy.

2

DECLARATION OF GUSTAVO LOPEZ IN SUUPORT OF EX PARTE APPLICATION FOR TRO and PRELIMINARY INJUNCTION

1          3.      I have been in direct contact with a high level executive at Sony who tells me that Jimmy Humilde has informed him that he will not approve any releases from Fuerza Regida until the pending litigation is settled, which includes Fuerza extending even further the already 8 year term of its agreement.   Sony agrees that the approach is incorrect and does not agree in any way with it but they a hostage to the forced hold up and hands have been tied by Jimmy Humilde.

          4.      Humilde has not stated one viable business or commercial reason for his indiscriminate disapproval to the executive I have spoken with nor am I aware of any. Mr. Humilde is using a hammer on his so-called "exclusivity" in bad faith to hang over Fuerza's head until they succumb to his unfair proposal to resolve this litigation.

Execute this March 2, 2026 under penalty of perjury at Los Angeles, California.

BY: _____
Gustavo Lopez

3

**DECLARATION OF GUSTAVO LOPEZ IN SUUPORT OF EX PARTE APPLICATION FOR TRO and PRELIMINARY INJUNCTION**