```
 1  Kenneth D. Freundlich (SBN 119806)
 2  Jonah A. Grossbardt (SBN 283584)
    Hugh H. Rosenberg (SBN 360544)
 3  FREUNDLICH LAW, APC
 4  Ken@Freundlichlaw.com
    Jonah@Freundlichlaw.com
 5  Hugh@Freundlichlaw.com
    16133 Ventura Blvd., Suite 645
 6  Encino, CA 91436
 7  Telephone: 818-377-3790
    Facsimile: 310-275-5353
 8

 9  Walter Mosley, Esq. (SBN 244169)
10  wm@waltermosleyesq.com
    Nathalie Meza Contreras, Esq. (SBN 322545)
11  nmc@waltermosleyesq.com
12  WALTER MOSLEY LAW
    601 S. Figueroa St., Ste. #4400
13  Los Angeles, California 90017
14  Telephone: (213) 232 - 3886

15  *Attorneys for Defendants FRC REGIDA CORP., JESUS ORTIZ PAZ, SAMUEL*
16  *JAIMEZ, KHRYSTIAN RAMOS and JOSE GARCIA and Counterclaimant FRC*
    *REGIDA CORP.*
17
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FUERZA REGIDA CORP., a California corporation, JESUS ORTIZ | Case No.: **2:25-cv-10059 HDV (AJRx)**<br><br>The Honorable Hernán D. Vera<br>Courtroom 5B<br><br>**DECLARATION OF JESUS ORTIZ PAZ IN SUPPORT OF EX PARTE APPLICATION FOR TRO and PRELIMINARY INJUNCTION** |

1

**DECLARATION OF JESUS ORTIZ PAZ IN SUUPORT OF EX PARTE APPLICATION FOR TRO and PRELIMINARY INJUNCTION**

| | |
|---|---|
| 1 | PAZ, an individual, SAMUEL JAIMEZ, an individual, KHRYSTIAN RAMOS, an individual, JOSE GARCIA, an individual, and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants, |
| 6 | FUERZA REGIDA CORP., a California corporation, |
| 7 | |
| 8 | Counterclaimant, |
| 9 | |
| 10 | RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company, CINQ MUSIC GROUP, LLC, a California limited liability company, HUMBLE TALENT AGENCY, LLC, a California limited liability company, and ROES 1 through 10 inclusive, |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counterclaim Defendants. |

I, Jesus Ortiz Paz, declare and say as follows:

1.    I am the founder and lead singer of Fuerza Regida, a premier American regional Mexican musical artist whose songs and recordings, infused in the norteño, sierreño and corridos tumbados styles, also as merged with other urban genres, have been streamed hundreds of billions of times worldwide. I submit this declaration in support of Fuerza's Ex Parte Application for a TRO and PI. If called and sworn as a witness I could and would testify competently to the contents of this document.

2.    Fuerza is Grammy nominated and has won many prestigious awards including Billboard Music Awards as well as other prestigious Latin music awards and according to Spotify, was the most consumed Latin Artist in the World in 2025.

2

**ANSWERING DEFENDANTS' SECOND AMENDED ANSWER TO FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Through the Fuerza Music Foundation, Fuerza has invested more than $400,000 in 2025 alone to support Southern California families - providing emergency housing for wildfire-displaced households, rent and food assistance to those displaced or unable to work due to the ICE raids, over $150,000 in immigrant legal aid partnerships, and scholarships for local youth at CSUSB - reflecting a sustained commitment to the working-class and immigrant communities it represents.

3. Fuerza's prominence made them natural partners for Major League Baseball ("MLB") (regarding its World Baseball Classic ("WBC"), the Olympics of baseball), which only occurs every four years, with music releases scheduled for Wednesday, March 4, 2026) and the FIFA World Cup, also an event that only occurs every four years (with music releases scheduled for on or about March 26, 2026). Fuerza has recorded songs for both the MLB and FIFA, one as a "featured artist" on a recording with Reggaeton superstar "Tainy," and the other a solo track. The Tainy track is an important collaboration for Fuerza as it is a fusion of regional Mexican sounds with reggaeton; and with Bad Bunny's historic Super Bowl performance activating the market for reggaeton, this collaboration represents a huge opportunity for Fuerza.

4. Fuerza's relationships and opportunities with the MLB and FIFA, while anchored in the featured artist musical releases, are more robust including valuable ancillary and marketing opportunities with the MLB and with FIFA, cross-marketing and promotion with the group's Live Nation stadium tour hosted by MLB stadiums and venues for the World Cup.

5. Major League Baseball ("MLB") has also asked me to throw out the first ball at the USA-Mexico ballgame in the World Baseball Classic ("WBC") scheduled to take place on March 9, 2026. Fuerza is the "featured side artist" on a

3

**ANSWERING DEFENDANTS' SECOND AMENDED ANSWER TO FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

new recording by Reggaeton superstar "Tainy" to be released in conjunction with a WBC album on March 4, 2026.

6. Rancho signed Fuerza to an exclusive recording agreement dated February 2, 2018, by and between Fuerza, on the one hand, and Rancho and Lumbre Music, on the other hand (the "2018 Recording Agreement"). A true and correct copy of which is attached hereto as Exhibit 1. After disputes among the parties which resulted in a settlement agreement dated as of January 1, 2022 (the "2022 Settlement Agreement") which, in pertinent part, provided that "Concurrently with the execution of [the 2022 Settlement Agreement], [Rancho] and [Fuerza] shall enter into a new recording agreement…" (emphasis added). Accordingly, Fuerza never had a "moment of freedom" to negotiate and bargain with third parties. A true and correct copy of this agreement is attached as Exhibit 2.

7. Fuerza entered into a recording agreement dated as of December 31, 2021 (the "2021 Extension"), binding Fuerza to Rancho for an additional period of six (6) months after the "initial commercial release in the United States of the Second Album required to be delivered . . . with Rancho having options to extend the term." A true and correct copy of the 2021 Extension is attached as Exhibit 3.

8. On August 12, 2022, Rancho further extended the term of their exclusivity period with Fuerza to a date no sooner than August 22, 2027 (the "August 2022 Extension" a true and correct copy of which is attached as Exhibit 4). Fuerza had no "moment of freedom" to negotiate at arms-length for our services with third parties.

9. Fuerza has delivered all albums and recordings it was required to deliver under the recording agreements with Rancho (collectively, the "Rancho Recording Agreements").

4

**ANSWERING DEFENDANTS' SECOND AMENDED ANSWER TO FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

10.     If Rancho is able to prevent Fuerza from realizing the value of these opportunities, Fuerza faces irreparable harm in the form of: (1) loss of career momentum in the time-sensitive music industry where relevance depends on continuous public engagement; (2) damage to brand positioning and market relevance during peak commercial viability; and (3) lost collaborative opportunities with major brands and artists (including MLB, FIFA, and producer "Tainy") that cannot be recreated or compensated through monetary damages.

11.     Missed collaborations during peak visibility cannot be retroactively monetized. Monetary damages cannot fully restore lost cultural capital or reputation.

Executed on this day of March 2, 2026, under penalty of perjury, at San Bernardino, CA.

BY: *Jesus Ortiz Paz*
   Jesus Ortiz Paz

5

**ANSWERING DEFENDANTS' SECOND AMENDED ANSWER TO FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**