LINK 39

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company,

        Plaintiff,

    v.

FUERZA REGIDA CORP., a California corporation, JESUS ORTIZ PAZ, an individual, SAMUEL JAIMEZ, an individual, KHRYSTIAN RAMOS, an individual, JOSE GARCIA, an individual, and DOES 1 through 10, inclusive,

        Defendants.

_____

FUERZA REGIDA CORP., a California Corporation,

        Counterclaimant,

    v.

RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company, CINQ MUSIC GROUP, LLC, a California limited liability company, HUMBLE

) Case No.: **2:25-cv-10059 HDV (AJRx)**
)
) The Honorable Hernán D. Vera
) Courtroom 5B
)
) **(PROPOSED) ORDER GRANTING**
) **JOINT STIPULATION FOR LEAVE**
) **FOR (1)**
) **DEFENDANT/COUNTERCLAIMANT**
) **FUERZA REGIDA CORP TO FILE ITS**
) **THIRD AMENDED COUNTERCLAIM;**
) **(2) DEFENDANTS TO FILE AN**
) **AMENDED ANSWER; AND (3) FOR**
) **PLAINTIFF/COUNTER-DEFENDANT**
) **RANCHO HUMILDE**
) **ENTERTAINMENT, LLC TO FILE ITS**
) **SECOND AMENDED COMPLAINT**
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1

**[PROPOSED] ORDER RE JOINT STIPULATION**

TALENT AGENCY, LLC, a California limited liability company, and ROES 1 through 10 inclusive   )
)
)
)

Counterclaim Defendants.   )
)
_____   )

The Court, having considered the parties' stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1.    Defendant/Counterclaimant Fuerza Regida Corp. shall have leave to file and serve its Third Amended Counterclaim;

2.    Defendants/Counterclaimant Fuerza Regida Corp. and Defendants Jesus Ortiz Paz, Samuel Jaimez, Khrystian Ramos, and Jose Garcia shall have leave to file and serve an Amended Answer;

3.    Plaintiff/Counterclaim-Defendant Rancho Humilde Entertainment, LLC shall have leave to file and serve its Second Amended Complaint;

4.    The amended pleadings shall be filed and served within fourteen (14) days of the date of this Order;

5.    Each party shall file their respective responsive pleadings and/or motions to any amended pleadings filed pursuant to this Order within the time prescribed by the Federal Rules of Civil Procedure;

6.    This Order is without prejudice to any party's right to challenge the sufficiency of any amended pleading by motion or otherwise.

IT IS SO ORDERED.

DATED: March 20 . 2026

_____
Hernán D. Vera
United States District Judge

**[PROPOSED] ORDER RE JOINT STIPULATION**