Kenneth D. Freundlich (SBN: 119806)
Jonah A. Grossbardt (SBN: 283584)
Hugh Rosenberg (SBN: 360544)
FREUNDLICH LAW, APC
16133 Ventura Blvd. Suite 645
Encino, CA  91436
Telephone: 818-377-3790
Facsimile: 310-275-5351
E-Mail: Ken@freundlichlaw.com
Jonah@freundlichlaw.com
Hugh@freundlichlaw.com

Walter Mosley, Esq. (SBN 244169)
wm@waltermosleyesq.com
Nathalie Meza Contreras, Esq. (SBN 322545)
nmc@waltermosleyesq.com
WALTER MOSLEY LAW
601 S. Figeuroa St., Ste. #4400
Los Angeles, California 90017
Telephone: (213) 232 - 3886

*Attorneys for Defendants FUERZA REGIDA CORP., JESUS ORTIZ PAZ, SAMUEL JAIMEZ, KHRYSTIAN RAMOS and JOSE GARCIA and Cross-Complainant FUERZA REGIDA CORP.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>FUERZA REGIDA CORP., a California corporation, JESUS ORTIZ PAZ, an individual, SAMUEL JAIMEZ, an individual, KHRYSTIAN RAMOS, an | ) Case No.: **2:25-cv-10059 HDV (AJRx)**<br>) The Honorable Hernán D. Vera<br>) Courtroom 5B<br>)<br>) **JOINT STIPULATION REGARDING**<br>) **HEARING DATE FOR RANCHO**<br>) **HUMILDE ENTERTAINMENT, LLC**<br>) **AND THIRD-PARTY DEFENDANT**<br>) **HUMBLE TALENT AGENCY, INC.'S**<br>) **MOTION TO DISMISS SECOND,**<br>) **THIRD, EIGHTH, ELEVENTH,**<br>) **TWELFTH, THIRTEENTH, AND**<br>) **FOURTEENTH CAUSES OF ACTION** |

1

**JOINT STIPULATION REGARDING HEARING DATE FOR RANCHO HUMILDE ENTERTAINMENT, LLC AND HUMBL TALENT AGENCY, INC.'S MOTION TO DISMISS COUNTERCLAIMS BY DEFENDANT / COUNTERCLAIMANT FUERZA REGIDA CORP**

individual, JOSE GARCIA, an individual, and DOES 1 through 10, inclusive,

Defendants.

_____

FUERZA REGIDA CORP., a California Corporation,

Counterclaimant,

v.

RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company, CINQ MUSIC GROUP, LLC, a California limited liability company, HUMBLE TALENT AGENCY, LLC, a California limited liability company, and ROES 1 through 10 inclusive

Counterclaim Defendants.

_____

) **OF THIRD AMENDED**
) **COUNTERCLAIMS PURSUANT TO**
) **FED. R. CIV. P. 12(B)(6);**
)
) ACTION REMOVED:        October 20, 2025
) TRIAL DATE:        None Set
)
) Current Hearing Date:    June 11, 2026
) Requested Hearing Date: June 18, 2026
)
) [Proposed] Order submitted herewith
)

Defendant/Counterclaimant Fuerza Regida Corp. ("**FRC**") and Defendants Jesus Ortiz Paz ("**Paz**"), Samuel Jaimez ("**Jaimez**"), Khrystian Ramos ("**Ramos**"), Jose Garcia ("**Garcia**"), on the one hand, and Plaintiff/Counterclaim-Defendant Rancho Humilde Entertainment, LLC ("**Rancho**") and Third-Party Defendant Humble Talent Agency, Inc. ("**Humble Talent**"), on the other hand (together, the "**Parties**"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on September 11, 2025, Plaintiff/Counterclaim-Defendant Rancho filed a complaint against defendants FRC, Paz, Jaimez, Ramos, and Garcia in the Los Angeles County Superior Court (the "**Complaint**") [ECF 01 at 6-75];

**WHEREAS**, on October 8, 2025, Defendant/Counterclaimant FRC filed its initial cross-complaint against Rancho, Humble Talent, and Cinq Music Group, LLC ("**Cinq**") in

2

**JOINT STIPULATION REGARDING HEARING DATE FOR RANCHO HUMILDE ENTERTAINMENT, LLC AND HUMBL TALENT AGENCY, INC.'S MOTION TO DISMISS COUNTERCLAIMS BY DEFENDANT / COUNTERCLAIMANT FUERZA REGIDA CORP**

the Los Angeles County Superior Court (the "**Initial Cross-Complaint**") [ECF 01 at 79-238];

**WHEREAS**, on October 13, 2025, Defendants FRC, Paz, Jaimez, Ramos, and Garcia filed their answer to the Complaint in the Los Angeles County Superior Court (the "**Answer**") [ECF 01 at 240-247];

**WHEREAS**, on October 13, 2025, FRC filed a first amended cross-complaint against Rancho, Humble Talent, and Cinq in the Los Angeles County Superior Court (the "**First Amended Cross-Complaint**") [ECF 01 at 248-408];

**WHEREAS**, on October 20, 2025, Defendant/Counterclaimant FRC and Defendants Paz, Jaimez, Ramos, and Garcia filed a notice of removal of the underlying state court action under 28 U.S.C. §1454 [ECF 01];

**WHEREAS,** on January 16, 2026, FRC filed its second amended counterclaim (the "**Second Amended Counterclaim**") [ECF 25], pursuant to stipulation between the parties approved by the Court [ECF 23-24];

**WHEREAS**, on April 17, 2026, FRC filed its third amended counterclaims (the **"Third Amended Counterclaims"**) [ECF 44], pursuant to stipulation between the parties approved by the Court [ECF 43, 45];

**WHEREAS**, on April 24, 2026, Rancho and Humble Talent Agency, Inc. brought a Motion to Dismiss 's  Second, Third, Eighth, Eleventh, Twelfth, Thirteenth, And Fourteenth Causes Of Action Of Third Amended Counterclaims Pursuant To Fed. R. Civ. P. 12(B)(6) and set it for hearing June 4, 2026, at 10:00 a.m. in this Court 5B [ECF 48];

WHEREAS, on May 14, 2026, FRC filed its opposition to the Motion to Dismiss [ECF 49] and on May 21, 2026, Rancho and Humble filed their reply (ECF 51). Accordingly, the Motion to Dismiss is fully briefed;

**WHEREAS**, on May 28, 2026, the Court *sua sponte* moved the hearing on the Motion to Dismiss to June 11, 2026, at 10:00 a.m. (ECF 52 (text entry only];

**JOINT STIPULATION REGARDING HEARING DATE FOR RANCHO HUMILDE ENTERTAINMENT, LLC AND HUMBL TALENT AGENCY, INC.'S MOTION TO DISMISS COUNTERCLAIMS BY DEFENDANT / COUNTERCLAIMANT FUERZA REGIDA CORP**

**WHEREAS**, FRC's counsel has a prior hearing scheduled for the morning of June 11, 2026, in New York State Supreme Court which has been on calendar for more than a month;

**WHEREAS**, in light of the above scheduling conflict, the Parties have met and conferred and respectfully request the Court reset the hearing for the following Thursday June 18, 2026, at 10:00 a.m.

**THEREFORE, IT IS STIPULATED AND AGREED** to present to the Court a request that the Court set the hearing on the Motion to Dismiss for June 18, 2026, at 10:00 a.m. in Courtroom 5B.

DATED: May 28, 2026                    Respectfully Submitted,

                                       **FREUNDLICH LAW, APC**
                                       **KENNETH D. FREUNDLICH**

                                       By:   /s/ Kenneth D. Freundlich
                                             Kenneth D. Freundlich

                                       ***Attorneys for Defendant/Counterclaimant***
                                       FUERZA REGIDA CORP., and ***Defendants***
                                       JESUS ORTIZ PAZ, SAMUEL JAIMEZ,
                                       KHRYSTIAN RAMOS and JOSE GARCIA

DATED: May 28, 2026                    Respectfully Submitted,

                                       **SINGH, SINGH & TRAUBEN, LLP**
                                       **MICHAEL A. TRAUBEN**

                                       By:   /s/ Michael A. Trauben
                                             Michael A. Trauben

                                       ***Attorneys for Plaintiff/Cross-Defendant***
                                       RANCHO HUMILDE ENTERTAINMENT, LLC
                                       and ***Cross-Defendant*** HUMBLE TALENT
                                       AGENCY, INC.

**JOINT STIPULATION REGARDING HEARING DATE FOR RANCHO HUMILDE ENTERTAINMENT, LLC AND HUMBL TALENT AGENCY, INC.'S MOTION TO DISMISS COUNTERCLAIMS BY DEFENDANT / COUNTERCLAIMANT FUERZA REGIDA CORP**

The undersigned hereby attests, pursuant to Local Rule 5-4.3.4(a)(2)(i), that all other listed signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED: May 28, 2026             Respectfully submitted,

                                **FREUNDLICH LAW, APC**
                                **KENNETH D. FREUNDLICH**


                                By:   */s/ Kenneth D. Freundlich*
                                      Kenneth D. Freundlich

                                ***Attorneys for Defendants*** FUERZA REGIDA
                                CORP. JESUS ORTIZ PAZ, SAMUEL JAIMEZ,
                                KHRYSTIAN RAMOS *and* JOSE GARCIA

**JOINT STIPULATION REGARDING HEARING DATE FOR RANCHO HUMILDE ENTERTAINMENT, LLC AND HUMBL TALENT AGENCY, INC.'S MOTION TO DISMISS COUNTERCLAIMS BY DEFENDANT / COUNTERCLAIMANT FUERZA REGIDA CORP**