## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO HUMILDE ENTERTAINMENT, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>FUERZA REGIDA CORP. et al.,<br><br>        Defendants.<br>_____<br>FUERZA REGIDA CORP., a California Corporation,<br><br>        Cross-Complainant,<br><br>    v.<br><br>RANCHO HUMILDE ENTERTAINMENT, LLC et al.,<br><br>        Cross-Defendants.<br>_____ | ) Case No.: **2:25-cv-10059 HDV (AJRx)**<br>)<br>) The Honorable Hernán D. Vera<br>) Courtroom 5B<br>)<br>) **~~(PROPOSED)~~ ORDER GRANTING**<br>) **JOINT STIPULATION FOR MOVING**<br>) **HEARING DATE**<br>)<br>) ACTION REMOVED:    October 20, 2025<br>) TRIAL DATE:    None Set<br>)<br>) Current Hearing Date:    June 11, 2026<br>) Requested Hearing Date: June 18, 2026<br>)<br>) [Proposed] Stipulation submitted herewith<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

On May 2, 2026, plaintiff/cross-defendant Rancho Humilde Entertainment, LLC and cross-defendant Humble Talent Agency, Inc., and defendants Jesus Ortiz Paz, Samuel Jaimez, Khrystian Ramos, Jose Garcia, and defendant/cross-complainant Fuerza Regida Corp. filed a joint stipulation for leave for Fuerza Regida Corp. to file a second amended cross-complaint.

The court, having considered the parties' stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows: The hearing on the Motion to Dismiss is now set for **June 18, 2026**, at 10:00 a.m. in Department 5C.

**IT IS SO ORDERED.**

Dated: June 2, 2026

_____
Hernán D. Vera
United States District Judge

2