UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-10059-HDV-AJRx                                      Date: June 18, 2026

Title    _Rancho Humilde Entertainment, LLC et al v. Fuerza Regida Corp. et al_


Present: The Honorable:    Hernán D. Vera, United States District Judge

| Nicholas Huynh | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Justin Trauben                                        Kenneth D. Freundlich
                                                              Hugh Rosenberg


**Proceedings:  COUNTER-DEFENDANT RANCHO HUMILDE ENTERTAINMENT, LLC AND THIRD-PARTY DEFENDANT HUMBLE TALENT AGENCY. INC'S MOTION TO DISMISS SECOND, THIRD, EIGHTH, ELEVENTH, TWELFTH, THIRTEENTH, AND FOURTEENTH CAUSES OF ACTION OF THIRD AMENDED COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6) [48]**

Having heard oral arguments on the motion, the Court takes the motion under submission.

Time: /27
**Initials of Preparer**    N.H.